IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH LEE RISCH,

      Petitioner,

                                            Case No.  20-cv-479-wmc

  v.

REED RICHARDSON, Warden,
Stanley Correctional Institution,

      Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

Kenneth Lee Risch's petition for a writ of habeas corpus without prejudice for his

failure to exhaust his state court remedies.


| /s/ | 6/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |